# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| THANE BEDWELL, <br><br> Plaintiff, <br><br> vs. <br><br> BOZEMAN HEALTHCARE #2, LLC, <br><br> Defendant. | CV 17-5-BU-BMM <br><br><br> ORDER |

Upon consideration of the unopposed motion for dismissal filed by the defendant,

IT IS HEREBY ORDERED that all claims of the plaintiff, Thane Bedwell against the defendant, are dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

DATED this 12th of March, 2018.

*/s/ Brian Morris*
Brian Morris
United States District Court Judge